IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THERESA MORRIS, WIFE OF BOB MORRIS | § § § | Civil Action No. A11-MC-712-SS |
| | § | Judge Elizabeth E. Foote |
| Plaintiff, | § § | Magistrate Judge Patrick J. Hanna |
| v. | § § | Civil Action No. 09-1052 |
| JOHN COKER, ALLIS-CHALMERS CORPORATION AND/OR STRATE DIRECTIONAL DRILLING, INC. | § § § § § | For a civil action pending in the: UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA |
| Defendants. | § § | LAFAYETTE-OPELOUSAS DIVISION |

## NON-PARTY LANCE LANGFORD'S NOTICE TO THE COURT WITHDRAWING MOTION TO QUASH

Non-Party Lance Langford ("Langford") files this Notice to the Court Withdrawing Motion to Quash to inform the Court that the underlying litigation has been settled and the issues raised in his Motion to Quash have been resolved. Langford, therefore, withdraws his Motion to Quash.

Dated: August 29, 2011.

                                               Respectfully submitted,

                                               McGINNIS, LOCHRIDGE & KILGORE, L.L.P
Travis C. Barton (SBN 00790276)
tcbarton@mcginnislaw.com
Nicholas P. Laurent (SBN 24065591)
nlaurent@mcginnislaw.com
600 Congress Ave., Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 (fax)

By: _____
      Travis C. Barton

ATTORNEYS FOR NON-PARTIES
BRIGHAM OIL & GAS, L.P.,
ERIK HOOVER, AND LANCE LANGFORD

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2011, I hand delivered the foregoing with the Clerk of the Court in the United States District Court for the Western District of Texas. A copy of the foregoing document was also sent via facsimile to the following parties:

Mr. Thomas R. Juneau
Juneau Firm
P O Drawer 51268
Lafayette, LA 70505-1268
337-269-0052
337-269-0061 (fax)

*Attorneys for Defendant Allis-Chalmers Directional Drilling, LLC and New Hampshire Insurance Co.*

Mr. Jonathan L. Woods
Preis & Roy
P O Drawer 94-C
Lafayette, LA 70509
337-237-6062
337-237-9129 (fax)

*Attorneys for Defendant/Intervenor Defendant John Coker*

Mr. Charles A Mouton
Mahtook & Lafleur
P O Box 3605
Lafayette, LA 70502-3605
337-266-2189
337-266-2303 (fax)

*Attorneys for Plaintiff Bob Morris and Theresa Morris*

Mr. Richard A Weigand
Weigand & Levenson
427 Gravier St
New Orleans, LA 70130
504-568-1256
504-525-3368 (fax)

*Attorneys for Intervenor Plaintiff National American Insurance Co. and Tres Management, Inc.*

Mr. Patrick H. Hufft
Hufft & Hufft
635 St Charles Ave
New Orleans, LA 70130
504-522-9413
504-586-9945 (fax)

*Attorneys for Plaintiff Bob Morris and Theresa Morris*

_____
Travis C. Barton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THERESA MORRIS, WIFE OF BOB MORRIS | § § § | Civil Action No. A11-MC-712-SS |
| | § | Judge Elizabeth E. Foote |
| Plaintiff, | § § | Magistrate Judge Patrick J. Hanna |
| v. | § § | Civil Action No. 09-1052 |
| | § | |
| JOHN COKER, ALLIS-CHALMERS CORPORATION AND/OR STRATE DIRECTIONAL DRILLING, INC. | § § § § | For a civil action pending in the: UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA |
| Defendants. | § § | LAFAYETTE-OPELOUSAS DIVISION |

## ORDER

The Court finds that the underlying litigation has been resolved and the Court finds that the Motion to Quash filed by Non-Party Lance Langford is now moot.

The Court further cancels the hearing in this cause scheduled in this cause for September 1, 2011 at 10:00a.m.

**IT IS SO ORDERED.**

---

HON. SAM SPARKS
United States District Judge