IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THERESA MORRIS, WIFE OF
BOB MORRIS,
          Plaintiff,

-vs-                                        Case No. A-11-MC-712-SS

JOHN COKER, ALLIS-CHALMERS
CORPORATION AND/OR STRATE
DIRECTIONAL DRILLING, INC.,
          Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court received an advisory in the above-styled cause, withdrawing Movant's motion to quash. As there are no longer any pending matters in this case, it is dismissed.

Accordingly,

IT IS ORDERED, ADJUDGED, and DECREED this case is DISMISSED WITHOUT PREJUDICE.

SIGNED this the 30th day of August 2011.

                                              SAM SPARKS
                                              UNITED STATES DISTRICT JUDGE

712 ood mjh.wpd